# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TUESDAY FIELDS,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. CV 14-8186 MRW<br><br>JUDGMENT |

　　It is the judgment of this Court that the decision of the Administrative Law Judge is AFFIRMED. Judgment is hereby entered in favor of Defendant.

Date: June 1, 2015

_____
HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE